UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>4 PILLAR CONSULTING, LLC, aka 4 PILLAR CONSULTING HOLDINGS, LLC, aka 4 PILLAR CONSULTING SYNDICATION, LLC, and DOES 1-10,<br><br>Defendants. | CASE NO. 26-CV-03102<br><br>**DECLARATION OF TRAVIS YULE** |

I, Travis Yule, hereby declare the following to be true pursuant to 28 U.S.C. § 1746:

1. I am over 21 years old, have personal knowledge of the facts stated herein, and could and would testify competently thereto if called upon to do so.

2. I am the Chief Operations Officer for 4 Pillar Consulting, LLC, which does business as 4 Pillar Funding (hereafter, "4 Pillar"). I submit this declaration in support of 4 Pillar's Notice of Removal, filed concurrently herewith. I am familiar with and oversee 4 Pillar's business operations, including how it may receive service of process.

3. On July 30, 2026, 4 Pillar received by mail (FedEx) a copy of Complaint and other filings (including a summons) filed by Mark Hoffman in the Superior Court of the State of Washington, King County, Case No. 26-2-23761, in the matter captioned as *MARK HOFFMAN V. 4 PILLAR CONSULTING, LLC, aka 4 PILLAR CONSULTING HOLDINGS, LLC, aka 4 PILLAR*



MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

*CONSULTING SYNDICATION, LLC*, which are reflected in Exhibits A and B to the accompanying Notice of Removal. My understanding is that the Complaint was therefore purportedly served on July 30, 2026, on the day it was received by 4 Pillar via mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 31, 2026 in Saratoga Springs, New York

By: ______________________

Travis Yule



MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610