UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

4 PILLAR CONSULTING, LLC, aka 4 PILLAR CONSULTING HOLDINGS, LLC, aka 4 PILLAR CONSULTING SYNDICATION, LLC, and DOES 1-10,

Defendants.

CASE NO. 2:26-cv-3102

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant 4 PILLAR CONSULTING, LLC d/b/a 4 PILLAR FUNDING, inaccurately named as "4 PILLAR CONSULTING, LLC, aka 4 PILLAR CONSULTING HOLDINGS, LLC, aka 4 PILLAR CONSULTING SYNDICATION, LLC" (hereafter, "Defendant"), by and through its undersigned counsel, hereby respectfully discloses that Defendant has no parent company and no publicly-held entity owns 10% or more of its stock.

.

Dated: August 31, 2026

Respectfully submitted,

By: s/ *Rossi F. Maddalena*

Rossi F. Maddalena, WSBA #39351
**MERRICK, HOFSTEDT & LINDSEY, P.S.**
3101 Western Avenue, Suite 200
Seattle, WA 98121
Tel. (206) 682-0610
Email: rmaddalena@mhlseattle.com

John W. McGuinness (*pro hac vice* forthcoming)
A. Paul Heeringa (*pro hac vice* forthcoming)
**MANATT, PHELPS & PHILLIPS, LLP**
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
JMcGuinness@manatt.com
PHeeringa@manatt.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I declare that I am not a party to this action, am over the age of eighteen, and am competent to be a witness herein. On August 31, 2026, I served a true and correct copy of the foregoing *Defendant's Rule 7.1 Corporate Disclosure Statement* upon the following party(s) or their counsel of record in the method indicated below:

NORTHWEST DEBT RESOLUTION, LLC
Peter Schneider, WSBA #43131
10900 NE 4th St Ste 2300, Bellevue, WA 98004-5882
Phone: (206) 800-6000 | Fax: (206) 800-6015
E-mail: peter@nwdebtresolution.com
*Counsel for Plaintiff Hoffman*

Service Method:
☒ CM/ECF
☒ E-mail
☐ U.S. Mail

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 31, 2026.

*/s/ Gloria Angelin*
Gloria Angelin, Legal Assistant
MERRICK, HOFSTEDT & LINDSEY, P.S
GAngelin@mhlseattle.com