**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>4 PILLAR CONSULTING, LLC, aka, 4 PILLAR CONSULTING HOLDINGS, LLC, aka 4 PILLAR CONSULTING SYNDICATION, LLC,<br><br>and DOES 1-10,<br><br>*Defendants*. | Case No. 2:26-cv-3102<br><br>**VERIFICATION OF STATE COURT RECORDS** |

I, Rossi F. Maddalena, attorney of record for Defendant 4 PILLAR CONSULTING, LLC d/b/a 4 PILLAR FUNDING, inaccurately named as "4 Pillar Consulting, LLC, aka, 4 Pillar Consulting Holdings, LLC, aka 4 Pillar Consulting Syndication, LLC", hereby certify that to the best of my knowledge, copies of all records and proceedings on file with the Superior Court of the State of Washington for King County in Cause No. 26-2-23761-1 SEA as of Augus 31, 2026, were submitted with Defendant's Notice of Removal as Exhibit A hereto.

DATED this 31st day of August, 2026.

By: */s/ Rossi F. Maddalena*
Rossi F. Maddalena, WSBA #39351
MERRICK, HOFSTEDT & LINDSEY, P.S
3101 Western Avenue, Suite 200
Seattle, WA 98121

(206) 682-0610
RMaddalena@mhlseattle.com

John W. McGuinness (*pro hac vice forthcoming*)
A. Paul Heeringa (*pro hac vice forthcoming*)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
JMcGuinness@manatt.com
PHeeringa@manatt.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I declare that I am not a party to this action, am over the age of eighteen, and am competent to be a witness herein. On August 31, 2026, I served a true and correct copy of the foregoing *Verification of State Court Record* upon the following party(s) or their counsel of record in the method indicated below:

| | |
|---|---|
| NORTHWEST DEBT RESOLUTION, LLC<br>Peter Schneider, WSBA #43131<br>10900 NE 4th St Ste 2300, Bellevue, WA 98004-5882<br>Phone: (206) 800-6000 \| Fax: (206) 800-6015<br>E-mail: peter@nwdebtresolution.com<br>*Counsel for Plaintiff Hoffman* | Service Method:<br>☒ CM/ECF<br>☒ E-mail<br>☐ U.S. Mail |

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 31, 2026.

*/s/ Gloria Angelin*
Gloria Angelin, Legal Assistant
MERRICK, HOFSTEDT & LINDSEY, P.S
GAngelin@mhlseattle.com